Sack, Appellant, *v.* Glens Falls Insurance Company.

Argued October 4, 1948. Before MAXEY, C. J., DREW, LINN, PATTERSON, STEARNE and JONES, JJ.

426

428

*John A. Metz, Jr.*, with him *John A. Metz, A. C. Teplitz* and *Metz & Metz*, for appellant.

*John E. Evans, Jr.*, with him *John E. Evans, Sr.* and *Evans, Ivory & Evans*, for appellee.

PER CURIAM, November 8, 1948:

The judgment of the court below is affirmed on the opinion of Judge PATTERSON.